# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN BURNS, on behalf of himself and all
others similarly situated                                    PLAINTIFF

v.                      No. 4:15-cv-157-DPM

WAL-MART STORES, INC. and Does 1–10          DEFENDANTS

## ORDER

Motion, № 9, granted. This case is stayed pending a decision from the MDL panel.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 April 2015